1

2

3

4

5   **PLEASE NOTE CHANGES BY THE COURT**

6

7

8

9       **UNITED STATES DISTRICT COURT**

10      **CENTRAL DISTRICT OF CALIFORNIA**

11

12   DIANE BLACKMON, an individual,      )   Case No.:  CV 09-2199 ODW (CWx)
                                          )
13           Plaintiff,                   )   **ORDER ON STIPULATION TO**
                                          )   **CONTINUE HEARING ON**
14       vs.                              )   **DEFENDANTS' MOTION TO**
                                          )   **COMPEL FURTHER RESPONSES**
15   UNUM GROUP f/k/a                     )   **TO UNUM LIFE INSURANCE**
     UNUMPROVIDENT                        )   **COMPANY OF AMERICA'S**
16   CORPORATION, a Delaware             )   **SPECIAL INTERROGATORIES,**
     corporation; UNUM LIFE             )   **SET ONE, AND REQUEST FOR**
17   INSURANCE COMPANY OF                )   **PRODUCTION OF DOCUMENTS,**
     AMERICA, a Maine corporation; and   )   **SETS ONE AND TWO, AND UNUM**
18   DOES 1 through 10, inclusive,       )   **GROUP'S SPECIAL**
                                          )   **INTERROGATORIES, SET ONE**
19           Defendants.                  )
                                          )   [Stipulation Filed Concurrently]
20                                        )
                                          )   DATE:        January 12, 2010
21                                        )   TIME:        10:00 a.m.
                                          )   CRTRM:       640
22                                        )
                                          )   Disc. C/O:    April 26, 2010
23                                        )   Motion C/O:   May 24, 2010
                                          )   Trial Date:   July 20, 2010
24                                        )
                                          )   Complaint Filed:  February 5, 2009
25   _____ )

26

27

28

c:\temp\notese1ef34\proposed order stip cont mtc.doc

## ORDER

Upon consideration of the Stipulation filed by Plaintiff Diane Blackmon and Defendants Unum Group and Unum Life Insurance Company of America ("the Parties") to continue the hearing on Defendants' Motion to Compel Further Responses from Plaintiff to Unum Life Insurance Company of America's Special Interrogatories, Set One, and Request For Production of Documents, Sets One and Two, and Unum Group's Special Interrogatories, Set One (the "Motion"), AND FOR GOOD CAUSE APPEARING,

IT IS HEREBY ORDERD THAT the Parties' Stipulation shall be the Order of the Court, and that the hearing on the Motion shall be continued from January 12, 2010 at 10:00 a.m. to **January 26, 2010 at 10:00 a.m**.

IT IS SO ORDERED.

Dated: January 11, 2010

_Carla M. Woehrle_

UNITED STATES MAGISTRATE
JUDGE, UNITED STATES DISTRICT
COURT FOR THE CENTRAL
DISTRICT OF CALIFORNIA

1

2    Respectfully submitted by,

3    Martin E. Rosen (108998), mrosen@bargerwolen.com
     Misty A. Murray (196870), mmurray@bargerwolen.com
4    Karen D. Denvir (240120), kdenvir@bargerwolen.com
     BARGER & WOLEN LLP
5    633 West Fifth Street, 47th Floor
     Los Angeles, California 90071
6    Telephone:  (213) 680-2800
     Facsimile:  (213) 614-7399
7
     Attorneys for Defendants
8    Unum Group and Unum Life Insurance
     Company of America
9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28